UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTONIO GRIGGS

VERSUS

R. MOORE

CIVIL ACTION

NO. 12-536-BAJ-SCR

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated August 31, 2012 (doc. no. 5) to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, petitioner's application for habeas corpus relief shall be dismissed, without prejudice, for failure to exhaust state remedies.

Baton Rouge, Louisiana, October 23, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA